NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ARTHUR A. GENOVESE, III,                )
DOC #Y09175,                            )
                                        )
      Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-3615
                                        )
STATE OF FLORIDA,                       )
                                        )
      Appellee.                     )
_____ )

Opinion filed April 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Arthur A. Genovese, III, pro se.


PER CURIAM.


      Affirmed.


KHOUZAM, BLACK, and LUCAS, JJ., Concur.